## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**EVOLVE BANK & TRUST**                                          **PLAINTIFF**

**v.**                       **No. 3:20-cv-258-DPM**

**HECTOR BOVE a/k/a Hector Esteban**
**Bove Armand Ugon;  RAVEN AGRICULTURE,**
**LLC;  DELTA BAY AGRI, LLC;  and TOGO**
**FARMING, LLC**                                          **DEFENDANTS**

### ORDER

**1.** The Court directs the Clerk to seal *Doc. 6*, *6-1*, & *7*, pending resolution of Bove's motion to strike and for sanctions, *Doc. 12*.  The Court discourages the parties from communicating with the Court by email on matters of substance, except as outlined in the Scheduling Order.    Counsel should file anything deserving the Court's consideration on the record.

**2.** Evolve timely amended its complaint as a matter of course. FED. R. CIV. P. 15(a)(1)(B).  Defendants' motion to dismiss the original complaint, *Doc. 10*, is therefore denied without prejudice as moot.  *Pure Country, Inc. v. Sigma Chi Fraternity*, 312 F.3d 952, 956 (8th Cir. 2002).

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_15 April 2021_