IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVOLVE BANK & TRUST                                                    PLAINTIFF

v.                              No. 3:20-cv-258-DPM

HECTOR BOVE a/k/a Hector Esteban
Bove Armand Ugon; RAVEN AGRICULTURE,
LLC; DELTA BAY AGRI, LLC; and TOGO
FARMING, LLC                                                           DEFENDANTS

ORDER

Bove's motion to strike and for sanctions, *Doc. 12*, is partly granted and partly denied. The Court agrees that Bove's Uruguayan ID number and birthdate should be redacted. FED. R. CIV. P. 5.2(a)(1) & (2). But, Bove's arguments for additional redactions, disclosures, strikes, or sanctions are unpersuasive. The Court directs the Clerk to unseal *Doc. 6 & 7*. Redacted version of *Doc. 6-1* due by 19 May 2021.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

4 May 2021