IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

EVOLVE BANK & TRUST                                                      PLAINTIFF

v.                          No. 3:20-cv-258-DPM

HECTOR BOVE a/k/a Hector Esteban
Bove Armand Ugon; RAVEN AGRICULTURE,
LLC; DELTA BAY AGRI, LLC; and TOGO
FARMING, LLC                                                             DEFENDANTS

## JUDGMENT

Evolve Bank & Trust's complaint and the defendants' counterclaim are dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

31 January 2022